# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

Jeffrey T Britto,
     **Plaintiff,**

    v.

                                          **Civil Action No. 1:24-cv-12897-FDS**

**Shawn P. Jenkins,**
     **Defendants.**

_____

## ORDER OF DISMISSAL

**Saylor, C. J.**

In accordance with the Court's ORDER dated April 9, 2025 (Dkt. No. 5), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                      By the Court,

04/09/2025                                         /s/ Melonie Cooke
Date                                                Deputy Clerk